# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

JOYCE MONIQUE MAY
SSAN: XXX-XX-0970

Debtor(s)

Case No. 16-32686-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 26, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 09, 2016.

3. The debtor(s) overall pay record is 12%.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

        Creditor: INTERNAL REVENUE SERVICE
        Trustee's Claim Number: 12
        Account Number: 0970 2010,2012,2015 TAXES NO PROV
        Claim Amount: $7,235.29
        Court Claim Number: 2
        Claim Filed As: PRIORITY/SPLIT

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 14, 2016.

Sabrina L. McKinney  
Acting Chapter 13 Trustee

By: /s/*Sabrina L. McKinney*
Sabrina L. McKinney  
Acting Chapter 13 Trustee

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: mckinneys@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this December 14, 2016.

Copy to: DEBTOR(S)  
         JOSHUA C MILAM

/s/*Sabrina L. McKinney*
Sabrina L. McKinney  
Acting Chapter 13 Trustee