# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | |
| | ) | |
| Joyce Monique May | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | CASE NO. 16-32686 |

## RESPONSE TO CLERK'S NOTICE OF DISMISSAL

COMES NOW the Debtor, by and through attorney, and in response to the Clerk's Notice of Dismissal, will state as follows:

1. Debtor filed chapter 13 Bankruptcy on 26th day of September, 2016.

2. Debtor received Notice of Dismissal directing her to pay the required filing fee in installments as directed in the Order Approving Payment of filing fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition. Deadline to pay remaining fee is 6th day of January, 2017.

3. Debtor came by our office and paid $195.94, the balance of the filing fees due. We will be forwarding a check to the Trustee for this amount. Therefore, payment will be made by Trustee when posted and distributed.

WHEREFORE, the premises considered, debtor requests this Court to allow debtor's case not to be dismissed.

Respectfully submitted this day: February 14, 2017.

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM
ASB-8638-B54R

Of Counsel:
Shinbaum Law Firm
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Response on all parties listed below by CMECF on this day: February 14, 2017.

/s/ *Richard D. Shinbaum*
Richard D. Shinbaum

Sabrina McKinney,
Chapter 13 Trustee

Teresa Jacobs
Bankruptcy Administrator